| | AUSA: | Micah Wallace | Telephone: | (313) 226-9100 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: | Eli Bowers | Telephone: | (313) 965-2323 |

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of Michigan

United States of America
   v.

Daniel Maudlin

Case No.

Case: 2:26−mj−30444
Assigned To : Unassigned
Assign. Date : 7/22/2026
Description: CMP USA V. MAUDLIN
(DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 18, 2026 - Present _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Distribution of child pornography. |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Eli Bowers, Special Agent - FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ___ July 22, 2026 ___

City and state: _ Detroit, Michigan _

_____
*Judge's signature*

Hon. Kimberly G. Altman, United States Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Eli Bowers, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I have been employed as a Special Agent of the Federal Bureau of Investigation (FBI) since 2015 and am currently assigned to the FBI Detroit Division. Prior to being employed by the FBI, I was employed as a Park Ranger with the National Park Service for approximately six years, where my duties included the enforcement and investigation of federal crimes. While employed by the FBI, I have investigated numerous federal criminal violations related to child exploitation and child pornography. I have received training in investigating internet fraud, computer intrusions, and matters involving the online sexual exploitation of children. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations.

2.      I have received training in the area of child pornography and child exploitation and, as part of my duties, I have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. Moreover, I am a federal law enforcement

1

officer who is engaged in enforcing criminal laws and I am authorized by law to request an arrest warrant.

3. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Daniel Joseph MAUDLIN for violations of 18 U.S.C. § 2252A(a)(2) (distribution of child pornography), and 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography).

4. The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from investigative sources of information, and my experience, training, and background as a Special Agent.

5. This affidavit is submitted for the limited purpose of securing a complaint and an arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that MAUDLIN committed the offenses listed above.

**PROBABLE CAUSE**

6. In 2018, the Federal Bureau of Investigation (FBI) in New York executed a search warrant at a residence related to the distribution of child pornography. During the review of the NY subject's cell phone, agents reviewed a

text conversation with the recipient's phone number ending in -7430, and having a contact name of "Daniel." In this conversation, the NY subject and "Daniel" discussed child pornography and "Daniel" sent a video of depicting Daniel MAUDLIN smoking an unknown substance while masturbating and watching child pornography on a laptop. In the video, MAUDLIN stated his name and home address in Taylor, Michigan, and held up his driver's license to the camera. A lead was sent to the Detroit FBI for investigation, but ultimately, no enforcement action was taken.

7.     In 2023, FBI agents attempted to interview MAUDLIN at his home address in Taylor, Michigan. MAUDLIN was not home at the time, but a family member provided the number ending in -7430 as MAUDLIN's phone number where he could be reached.

8.     In November 2025, the FBI in Detroit executed a search warrant at a residence as part of an investigation into the distribution of child pornography by Subject 1. During the review of Subject 1's phone, agents reviewed a conversation using an internet messaging application. The recipient's phone number ended in -7430, and had the display name "Danny." In a communication dated October 2018, "Danny" sends Subject 1 a video of himself masturbating to child pornography, which is further described below. It is unknown if this video is the same or just similar to the one found on the NY Subject's phone:

3

a.  The video is three minutes and 19 seconds long and depicts a man, later identified as MAUDLIN, nude except for a ballcap and glasses lying on a bed with a laptop between his legs. MAUDLIN smokes an unknown substance from a glass pipe and is masturbating during the whole video. During the video, which appears to be taken on a cellular phone, he plays two separate videos of child pornography on his laptop, one depicting an approximately 10-year-old boy have sex with an adult man, and one depicting an approximately 10-year-old girl having sex with an adult man. During the video, MAUDLIN talks to the camera and identifies himself by name and address multiple times.

b.  The following is a limited transcript of the video:

I'm fucking addicted to fucking porn
    **(MAUDLIN holds up his Michigan driver's license to the camera)**
It's Daniel Maudlin, I live at [states Home Address in Taylor, Michigan].
Oh fuck fuck yeah I'm a fucking porn addict.
This isn't the only fucking porn I watch, fucking check this shit out.
    **(MAUDLIN begins playing a video on his laptop depicting a 10-year-old boy engaging in sex with an adult male)**
Fucking look at this, look at that. It's a fucking little boy
Little boys being fucking molested fuck yeah
I watch fucking child fucking pornography. Oh god yeah
Yeah, fucking Daniel Maudlin's a fucking child fucking pedo
…
If I wouldn't be able to…not watch this shit, I'd fucking tell everyone I was a fucking proud pedophile
…
Look at that, look at those little fucking boy butt cheeks
…
I have so much fucking child porn in my phone, fucking, in my laptop

4

…
Yeah one day it would be fucking hot to be fucking exposed, get fucking life in prison for this shit
Fuck yeah bro
   **(Maudlin begins playing a video on his laptop depicting a 10-year-old girl engaging in sex with an adult male)**
Oh fuck my name is Daniel fucking Maudlin, I'm a fucking proud fucking pedophile
   **(Again holds up his Michigan driver's license to camera)**
Yeah fuck yeah

9.      In the video, MAUDLIN claims to have a large amount of child pornography on his electronic devices and plays two child pornography videos for the camera. MAUDLIN identifies himself by name and address and holds up his Michigan driver's license as proof of his identity.

10.      In June 2026, I received information from the Canton Police Department. Canton PD Officers recently interviewed a subject, hereinafter Subject 2, who provided some information about MAUDLIN. Subject 2 had been arrested for criminal sexual conduct, and during his interview, wished to provide information to assist local detectives. Subject 2 told investigators he had known someone named "Danny" for the last year. "Danny" was identified as MAUDLIN through the phone number provided by Subject 2, which was the number ending in -7430.

11.      Subject 2 knew MAUDLIN from "getting high" and using methamphetamine. Within the last year, Subject 2 went to MAUDLIN's apartment in Ann Arbor, Michigan and MAUDLIN began playing a child pornography video

5

on his television. The video depicted a toddler-aged girl having sex with an adult man. Subject 2 left the apartment after seeing the video. Subject 2 said MAUDLIN has since moved back to his mother's house in Taylor, Michigan, and is no longer at the apartment in Ann Arbor.

12.     On another occasion, while on a phone call, MAUDLIN told Subject 2 how good he thought it would feel to have sex with a child. Law enforcement presented Subject 2 with a picture of MAUDLIN. Subject 2 confirmed that it was the "Danny" who he had been discussing.

13.     On July 14, 2026, Magistrate Judge Patricia T. Morris authorized a search warrant for active geolocation ping data for the phone number ending in -7430 believed to be utilized by MAUDLIN, in the Eastern District of Michigan (Case No. 2:26-mc-50805-1). The geolocation ping data shows the phone to be frequently in the area of his residence in Taylor, Michigan.

14.     On July 21, 2026, Magistrate Judge Curtis Ivy authorized a search warrant for the person and residence of Daniel MAUDLIN, in the Eastern District of Michigan (Case No. 2:26-mc-50805-2).

15.     On July 22, 2026, the search warrant was executed on MAUDLIN's person and residence. A review of MAUDLIN's cell phone revealed multiple conversations with various individuals which were relevant.

16.     In one conversation using a chat application with an unknown user, hereinafter Subject 3, MAUDLIN shares a video of himself masturbating to child pornography on July 1, 2026. Prior to sharing this video, MAUDLIN states "Me 2 watching cp" and "Can I expose myself watching it more." This video is further described below.

    a.  The video is one minute and six seconds long and depicts MAUDLIN masturbating while watching child pornography on a tablet computer in the background. The video in the background depicts two boys, approximately 8 years old exposing their genitalia and masturbating. MAUDLIN is wearing women's underwear, prosthetic breasts, and a red hat. During the video, MAUDLIN states "Look at that, sexy little boys playing with their fucking penises. Fucking seven eight year old boys oh fuck yeah."

17.     On June 18, 2026, on the same chat application, MAUDLIN exchanged messages with a different individual, hereinafter Subject 4. MAUDLIN shares an image from his point of view watching a well-known child pornography video. The image depicts MAUDLIN wearing women's underwear from the waist down with a tablet computer in the background. The tablet computer is displaying a still image of a video which depicts a 17-year-old boy raping a 16-month-old child. Along with the image, MAUDLIN includes the message "I'm watching cp."

18.     During an interview with MAUDLIN during the execution of the search warrant at his residence, MAUDLIN identified the phone that contained the aforementioned child pornography as belonging to him and provided investigators with the passcode.

19.     I believe Daniel MAUDLIN is the individual in violation of the aforementioned statutes based on the following:

    a.     On the date of the execution of the search warrant at MAUDLIN's residence, MAUDLIN was in possession of the child pornography described above.

    b.     On June 18 and July 1, 2026, MAUDLIN distributed both an image and a video, which meet the federal definition of child pornography.

(The remainder of this page is intentionally left blank)

## CONCLUSION

20.    Based on the foregoing, there is probable cause to believe that Daniel

MAUDLIN violated 18 U.S.C. § 2252A(a)(2) (distribution of child pornography),

and 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography).

Respectfully submitted,

Eli Bowers, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Honorable Kimberly G. Altman
United States Magistrate Judge

Date:   July 22, 2026

9